IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ARTHUR CARSON | § | |
| v. | § | CIVIL ACTION NO. 6:79cv356 |
| R. PUSTKA, ET AL. | § | |

ORDER

The Plaintiff Arthur Carson has filed a motion asking for enforcement of a settlement agreement that he entered into with officials of the Texas Department of Criminal Justice, Correctional Institutional Division. Carson says that this settlement agreement provided that he would be transferred from the Michael Unit, and that he has now been sent back to that unit, where he has become the target of retaliation. It is hereby

ORDERED that the Attorney General for the State of Texas shall have thirty days in which to respond to the Plaintiff's motion for order to show cause. It is further

ORDERED that the Clerk shall send a copy of this order and the Plaintiff's motion (docket no. 65) to the Docketing Clerk, Law Enforcement Defense Division, Attorney General for the State of Texas.

**So ORDERED and SIGNED this 15th day of May, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE